1 **GUTRIDE SAFIER LLP**
2 SETH A. SAFIER (State Bar No. 197427)
  100 Pine Street, Suite 1250
3 San Francisco, CA 94111
  Telephone: (415) 336-6545
4 Facsimile:  (415) 449-6469

5 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| ANDREAS KNÜTTEL, MATTHEW JURANEK, AND ADRIANA CARLIN as individuals, on behalf of themselves, the general public and those similarly situated, | CASE NO. 5:21-cv-02726-SVK |
|---|---|
| Plaintiffs, | **NOTICE OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| OMAZE, INC., a Delaware Corporation | |
| Defendant. | |

-1-
Notice of Consent to Magistrate

1    Plaintiffs ANDREAS KNÜTTEL, MATTHEW JURANEK, and ADRIANA CARLIN
2  hereby consent to assignment of this case to a United States Magistrate Judge for trial and
3  disposition.

4    Dated: April 26, 2021              **GUTRIDE SAFIER LLP**

5                                       */s Seth A. Safier/s/*
                                        Seth A. Safier, Esq.
6                                       100 Pine Street, Suite 1250
                                        San Francisco, CA 94111
7