JEFFREY N. WILLIAMS (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
601 S. Figueroa St., Suite 4625
Los Angeles, CA 90017
Tel: (310) 853-6300
Fax: (310) 853-6333

Attorneys for Defendant
OMAZE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS KNÜTTEL, MATTHEW JURANEK, AND ADRIANA CARLIN as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OMAZE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:21-cv-02726<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: April 15, 2021 |

---

**JOINT STIP. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1  Plaintiffs Andreas Knüttel, Matthew Juranek, and Adriana Carlin ("Plaintiffs") filed this action on April 15. 2021.  On or about April 26, 2021, counsel for Plaintiffs conferred with counsel for Defendant Omaze, Inc. ("Omaze") and stated that the summons and complaint in this action were served upon Omaze's registered agent on April 22, 2021.  Omaze's deadline to respond to the complaint based on this service date would be May 13, 2021.  Fed. R. Civ. P. 12(a)(1)(A)(i).

The parties have agreed to a stipulation extending the time for Omaze to respond to the complaint by thirty (30) days, or until **June 14, 2021**.  Pursuant to Local Rule 6-1(a), a Court order is unnecessary as the change will not alter the date of any event or any deadline already fixed by Court order.

Omaze and its counsel seek this extension in order to fully review and understand Plaintiffs' complaint before preparing the response to the Complaint, and by entering into this stipulation, Omaze states that it does not intend to waive any defenses or otherwise generally submit to the jurisdiction of the Court.

Dated:  May 6, 2021         GUTRIDE SAFIER LLP

                            By:  *s/ Seth A. Safier*
                                 SETH A. SAFIER
                                 ANTHONY PATEK

                            Attorneys for Plaintiffs Andreas Knüttel, Matthew Juranek, and Adriana Carlin

Dated:  May 6, 2021         WARGO & FRENCH LLP

                            By:  */s Jeff Williams*[1]
                                 JEFFREY N. WILLIAMS

                            Attorneys for Defendant Omaze, Inc.

---

[1] Pursuant to L.R. 5-1(i)(3), the ECF filer attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.