UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS KNUTTEL, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>OMAZE, INC.,<br><br>        Defendant. | Case No. 21-cv-02726-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 14, 15, 16 |

Before the Court are Defendant's motion to dismiss for improper venue, motion to strike nationwide class allegations, and motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 14, 15, 16. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearing, currently scheduled for August 12, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 30, 2021



JON S. TIGAR
United States District Judge