JEFFREY N. WILLIAMS (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
601 S. Figueroa St., Suite 4625
Los Angeles, CA 90017
Tel: (310) 853-6300
Fax: (310) 853-6333

Attorneys for Defendant
OMAZE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS KNÜTTEL, MATTHEW JURANEK, AND ADRIANA CARLIN as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OMAZE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:21-cv-02726-JST<br><br>**AFFIDAVIT OF DUNCAN HALL (WAYBACK MACHINE) IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND/OR INCORPORATION BY REFERENCE**<br><br>Complaint Filed: April 15, 2021 |

---

**AFFIDAVIT OF DUNCAN HALL (WAYBACK MACHINE)**



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA  94118
_____

# AFFIDAVIT OF DUNCAN HALL

1. I am a Records Request Processor at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address).  If archived records for a URL are available, the visitor will be presented with a display of available dates.  The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL".  Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.



7. I declare under penalty of perjury that the foregoing is true and correct.

DATE:   08/02/2021

*Duncan Hall*
Duncan Hall

# JURAT

State/Commonwealth of _____FLORIDA_____ )
)
☐ City ☑ County of _____Pinellas County_____ )

On __08/02/2021__, before me, __Helena Calhoun__,
*Date*                                *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____Duncan Hall_____.
*Name of Affiant(s)*

❏ Personally known to me  **-- OR --**

❏ Proved to me on the basis of the oath of _____ **-- OR --**
*Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: ____ME driver_license____
*Type of ID Presented*

HELENA CALHOUN
Notary Public - State of Florida
Commission # GG 332409
Expires on May 8, 2023

WITNESS my hand and official seal.

Notary Public Signature: *HelenaCalhoun*

Notary Name: __Helena Calhoun__

Notary Commission Number: __GG 332409__

Notary Commission Expires: __05/08/2023__

*Notarized online using audio-video communication*

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: __Affidavit of Duncan Hall__

Document Date: __08/02/2021__

Number of Pages (including notarial certificate): __3__